IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD B. KELLY,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **07-339-WDS-CJP** |
| **JACOB D. NULL, et al.,** | ) |
| Defendants. | ) |

# ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Stay Further Proceedings Until Order is Obeyed. **(Doc. 13)**.

Plaintiff asks the court to stay this case until the warden gives him an ink pen in accordance with an order entered in *Richard B. Kelly v. Null, et al.*, 08-322-GPM-CJP. However, the order requiring that plaintiff be furnished with a flex pen has been quashed because plaintiff misused the pen. **See, Doc. 19 in case number 08-322.**

Plaintiff's Motion to Stay Further Proceedings Until Order is Obeyed **(Doc. 13)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: February 3, 2009.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE**