IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD B. KELLY,** )
)
    Plaintiff, )
)
v. ) Civil No. **07-339-JPG**
)
**JACOB D. NULL, et al.,** )
)
    Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are plaintiff's Motion for Subpoenas and Motion to Compel Clerk to Send Plaintiff Subpoena Forms. **(Docs. 37 & 39).**

In accordance with Federal Rule of Civil Procedure 45(a)(3), and as was explained in **Doc. 32**, no motion was required. In fact, it appears that plaintiff has already obtained subpoena forms from some source, as he has already directed a subpoena to Tamms Correctional Center. **See, Doc. 40.**

In any event the Clerk of Court will be instructed to supply the requested subpoenas. The Court reminds plaintiff that he must ensure that the subpoenas are properly served, and that all the appropriate fees are paid, as required under Rule 45 and as previously explained in detail in **Doc. 32.**

Plaintiff's Motion for Subpoenas and Motion to Compel Clerk to Send Plaintiff Subpoena Forms **(Docs. 37 & 39)** are **GRANTED**. The Clerk of Court shall mail five blank subpoena forms to plaintiff.

    **IT IS SO ORDERED.**

    **DATE: June 17, 2009.**

                              s/ Clifford J. Proud
                              **CLIFFORD J. PROUD**
                              **UNITED STATES MAGISTRATE JUDGE**