IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD B. KELLY,** )
)
      Plaintiff, )
)
v. ) Civil No. **07-339-JPG**
)
**JACOB D. NULL, et al.,** )
)
      Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is nonparty Tamms Correctional Center's Motion to Quash Subpoena. **(Doc. 40)**.

This motion concerns a subpoena dated May 30, 2009, seeking housing assignment directives and log books. Such documents have no relevance to this case.

The motion was filed on June 30, 2009. Plaintiff has not filed a response, and the time for doing so has expired. The court deems the failure to file a response to be an admission of the merits of the motion, pursuant to Local Rule 7.1(g).

For good cause shown, Tamms Correctional Center's Motion to Quash Subpoena **(Doc. 46)** is **GRANTED**. The subpoena is quashed.

    **IT IS SO ORDERED.**

    **DATED: August 7, 2009.**

                                        s/ **Clifford J. Proud**
                                        **CLIFFORD J. PROUD**
                                        **U. S. MAGISTRATE JUDGE**