IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RICHARD B. KELLY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-339-JPG |
| | ) | |
| **JACOB D. NULL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Allow Plaintiff to Do All Depositions at Trial/Motion for No Summary Judgment. **(Doc. 47).**

Plaintiff will, of course, be permitted to call witnesses and question them at trial, assuming that he has first demonstrated that the witnesses will have relevant, non-cumulative information. However, a party is not permitted to conduct discovery depositions at trial.

Witness statements may be recorded in several ways, not just by deposition. Fed. R. Civ. P. 31 provides for deposition by written questions. Also, witnesses may simply sign affidavits.

At this stage, no motions for summary judgment have been filed. However, Rule 56, regarding motions for summary judgment, makes clear that answers to interrogatories, admissions on file and affidavits may also be used to support or defend a motion for summary judgment.

Many litigants, even those not proceeding as paupers and who are not imprisoned, cannot afford depositions. That circumstance has no effect on a party's right to move for summary

judgment.

Plaintiff's Motion to Allow Plaintiff to Do All Depositions at Trial/Motion for No Summary Judgment **(Doc. 47)** is **DENIED.**

**IT IS SO ORDERED.**

**DATED:** August 7, 2009.

s/ Clifford J. Proud
**CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE**