Dear: Pussy-ass, Patrick Murphy,  10/19/09

First off, your pussy-ass aint God. You wish one call you-honor. Pussy, please. I had a case to put on, or I'd let your bitch ASS know your shit stink too, bitch!!

You are white TRASH. A bigot. You kept puting little comments out to the Jury pool.

MAN, Fuck you And the None hearing marvin power. You sound like a p/c cock-sucker like pretty boy.

I'm sending copy this to miss hot-ass molly clayton.

You were try to show-out on me. (FRONT ON ME) AS WE SAY.

SEE YA, chump.

Richard B. Kelly

Your A bigot You RACIST bitch. You Aint Shit To No ONE!

Like you Shit roses or something